UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>          *Plaintiffs*,<br><br>  v.<br><br>AEREO, INC. f/k/a BAMBOOM LABS, INC.,<br><br>          *Defendant*. | Case No. 12-Civ-1543 (VM) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF RELATED CASE AND REQUEST TO TRANSFER AND CONSOLIDATE**

  Plaintiffs hereby respond to Defendant's Notice of Related Case and Request to Transfer and Consolidate, filed pursuant to Rule 42 of the Federal Rules of Civil Procedure and Rule 13 of the Rules for the Division of Business Among District Judges, Local Rules of the United States District Court for the Southern District of New York.  Plaintiffs consent to the transfer of this case to the United States District Judge assigned to *American Broadcasting Companies, Inc., et. al. v. Aereo, Inc.*, No. 12-Civ-1540 (JAN), which is a related, prior-filed action, so that the two cases may be adjudicated together, on the same schedule, before the same judge.

March 6, 2012                                        Respectfully Submitted,


                /s/ Steven R. Fabrizio

                Steven B. Fabrizio (No. SF-8639)
                Steven R. Englund
                Scott B. Wilkens
                JENNER & BLOCK LLP
                1099 New York Avenue, N.W.
                Suite 900
                Washington, DC  20001-4412
                Telephone (202) 639-6000
                Facsimile (202) 639-6066

                David J. Bradford
                JENNER & BLOCK LLP
                353 N. Clark St.
                Chicago, IL 60656-3456
                Telephone (312) 222-9350
                Facsimile (312) 527-0484

                *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies, via first class mail, postage pre-paid, will be sent to those indicated as non registered participants on March 6, 2012.


                /s/ Steven R. Fabrizio