UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,

                    Plaintiffs,

        -v-

AEREO, INC.,

                    Defendant,
-----------------------------------------------------------------X

WNET ET AL,

                    Plaintiffs,

        -v-

AEREO, INC.,

                    Defendant,
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2012

12 Civ. 1540 (AJN)

SCHEDULING ORDER

12 Civ. 1543

ALISON J. NATHAN, District Judge:

     The following schedule is adopted with regard to the requested preliminary injunction hearing scheduled for May 30, 2012, and May 31, 2012:

| Initial Legal Briefing | Deadline |
|---|---|
| Plaintiffs' opening legal briefs | March 21, 2012 |
| Defendant's responsive legal brief | April 4, 2012 |
| | |
| **Fact/Expert Discovery** | **Deadline** |
| Plaintiffs' expert disclosures | April 3, 2012 |
| Defendant's expert disclosures | April 10, 2012 |
| Plaintiffs' expert opinions | April 10, 2012 |
| Defendant's expert opinions | April 17, 2012 |
| Close of fact/expert discovery | April 24, 2012 |
| | |
| **Pre-hearing Briefing** | **Deadline** |
| Plaintiffs' opening briefs | May 1, 2012 |
| Defendant's responsive brief | May 15, 2012 |
| Plaintiff's reply briefs | May 21, 2012 |

   A pre-hearing conference will be held May 17, 2012, at 4:00 pm. If the parties believe that the issues to be addressed at the pre-hearing conference are sufficiently limited that they may be addressed in a teleconference, counsel shall notify the Court and provide a call in number no later than the close of business on May 10, 2012.

   SO ORDERED:

Dated: March 26, 2012
   New York, New York

                    _____
                       ALISON J. NATHAN
                     United States District Judge