USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 1 5 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WNET, *et al.*,

1:12-cv-01543 (AJN)

          Plaintiff,

**ORDER GRANTING ADMISSION**
*PRO HAC VICE*

    v.

AEREO, Inc.,

          Defendant.

_____

The motion of Mitchell L. Stoltz for admission to practice *pro hac vice* in the above-

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of New

York and the District of Columbia; and that his contact information is as follows:

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
Email: mitch@eff.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for *Amicus Curiae* Electronic Frontier Foundation in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   New York, New York

   May 15 _____, 2012

Hon. Alison J. Nathan, United States District Judge