UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
WNET, THIRTEEN, FOX TELEVISION              )
STATIONS, INC., TWENTIETH CENTURY           )
FOX FILM CORPORATION, WPIX, INC.,           )
UNIVISION TELEVISION GROUP, INC., THE       )   Case No. 12-civ-1543 (AJN)
UNIVISION NETWORK LIMITED                   )   (Related Case No. 12-civ-1540 (AJN))
PARTNERSHIP, and PUBLIC                     )
BROADCASTING SERVICE,                       )   **ECF Case**
                                            )
*Plaintiffs*,                               )   **NOTICE OF APPEAL**
                                            )
        v.                                  )
                                            )
AEREO, INC. f/k/a BAMBOOM LABS, INC.,       )
                                            )
*Defendant*.                                )
                                            )
_____ )

   Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), all plaintiffs in the above captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Opinion of July 11, 2012, ECF Docket No. 131, denying Plaintiffs' motion for a preliminary injunction, in its entirety and from any part thereof.

Dated: July 12, 2012

                                        Respectfully Submitted,

                                By:     /s/ Steven B. Fabrizio

                                        Steven B. Fabrizio (No. SF-8639)
                                        Steven R. Englund
                                        Scott B. Wilkens
                                        JENNER & BLOCK LLP
                                        1099 New York Avenue, NW
                                        Suite 900
                                        Washington, DC  20001
                                        Telephone (202) 639-6000
                                        Facsimile (202) 639-6066

            David J. Bradford
            JENNER & BLOCK LLP
            353 N. Clark St.
            Chicago, IL 60656-3456
            Telephone (312) 222-9350
            Facsimile (312) 527-0484

            Kenneth D. Klein
            JENNER & BLOCK LLP
            633 West 5th Street
            Suite 3600
            Los Angeles, CA 90071-2054
            Telephone (213) 239-5100
            Fascimile (213) 239-5199

            *Attorneys for Plaintiffs*

To:

R. David Hosp
John Clifford Englander
Mark S. Puzella
Yvonne W. Chan
GOODWIN PROCTER, LLP
53 State Street
Boston, MA 02109
Tel:  (617) 570-1000
Fax: (617) 523-1231

Michael S. Elkin
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel:  (212) 294-6729
Fax: (212) 294-4700

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel:  (415) 591-1000
Fax: (415) 591-1400

Seth D Greenstein
CONSTANTINE CANNON LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
Tel:  (202) 204-3514
Fax: (202) 204-3501

*Attorneys for Defendant*