UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL,
              Plaintiffs,

-v-

AEREO, INC.,
              Defendant,
------------------------------------------------------------X

WNET ET AL,
              Plaintiffs,

-v-

AEREO, INC.,
              Defendant,
------------------------------------------------------------X

12 Civ. 1540 (AJN)

ORDER

12 Civ. 1543

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2013

ALISON J. NATHAN, District Judge:

The Court hereby ORDERS that the conference in the above-captioned case, currently scheduled for February 8, 2013, is hereby adjourned. By separate order, this matter will be referred for general pretrial to the assigned Magistrate Judge, Magistrate Judge Pitman.

SO ORDERED:

Dated: February 6, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1