UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of John C. Englander as counsel of record for Defendant/Counterclaim Plaintiff Aereo, Inc. ("Aereo") in the above-captioned actions. Aereo will continue to be represented by R. David Hosp, Mark S. Puzella, Brian Joseph Doyle, Elizabeth Eilleene Brenckman, and Kevin Kailun Su of Fish & Richardson

P.C., Michael S. Elkin, Seth Eliot Spitzer, Thomas Patrick Lane, and Jennifer A. Golinveaux of Winston Strawn LLP, and Seth D. Greenstein of Constantine Cannon LLP in these actions, and all future correspondence and papers in these actions should be directed to them.

Dated: March 20, 2013

    Respectfully submitted

    By: /s/ John C. Englander
    John C. Englander
    Goodwin Procter LLP
    53 State Street
    Boston, Massachusetts 02109
    Tel: 617-570-1000
    Fax: 617-523-1231
    Jenglander@goodwinprocter.com

    Attorney for Defendant/Counterclaim Plaintiff Aereo, Inc.

CERTIFICATE OF SERVICE

I, John C. Englander, hereby certify that on March 20, 2013, I caused true copies of the foregoing Notice of Withdrawal of Counsel and Proposed Order Granting Withdrawal of Counsel to be served by electronic means, via the Court's CM/ ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned documents to be served via first class mail, postage prepaid upon the non-CM/ECF participants.

/s/ John C. Englander
John C. Englander

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>  Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>  Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>  Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>  Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) |

**[PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL**

The motion to withdraw the appearance of John C. Englander as counsel of record for Defendant/Counterclaim Plaintiff Aereo, Inc. ("Aereo") pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED

_____
Hon. Alison J. Nathan
United States District Judge