Apr. 5. 2013 7:04PM                                                                     No. 3038   P. 2

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166-4193 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | FACSIMILE +1 (212) 294-4700 | SAN FRANCISCO |
| LONDON | | SHANGHAI |
| LOS ANGELES | www.winston.com | WASHINGTON, D.C. |

April 5, 2013

THOMAS P. LANE
(212) 294-6869
tlane@winston.com

**BY FACSIMILE**

Hon. Henry Pitman
U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

RE:   *WNET, et al. v. Aereo, Inc.*, 12-civ-1543 (AJN) (HBP)

Dear Judge Pitman:

On behalf our client, Aereo, Inc., we received this afternoon a letter to Your Honor from WNET Plaintiffs outrageously seeking relief without making any motion and which provides no time for Aereo to respond (Aereo was directed to file its opposition to the ABC Plaintiffs' letter by close of business today and did so). This is sandbagging and should not be countenanced by the Court. Aereo respectfully requests an opportunity to respond to WNET Plaintiffs' letter by close of business Wednesday, April 10, 2013.

Sincerely,

/s/ Thomas P. Lane

Thomas P. Lane

APPLICATION GRANTED

cc:   All counsel of record (via email)

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-8-13