UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 1.4, please withdraw the appearance of Brian J. Doyle as counsel of record for Defendant/Counterclaim Plaintiff Aereo, Inc. ("Aereo") in the above captioned actions. Aereo will continue to be represented by R. David Hosp, Mark S. Puzella, Elizabeth Eilleene Brenckman, and Kevin Kailun Su of Fish & Richardson P.C., Michael S.

Elkin, Seth Eliot Spitzer, Thomas Patrick Lane, and Jennifer A. Golinveaux of Winston Strawn LLP, and Seth D. Greenstein of Constantine Cannon LLP in these actions, and all future correspondence and papers in these actions should be directed to them.

Dated April 29, 2013

          Respectfully submitted

          By: */s/ Brian J. Doyle*
          Brian J. Doyle
          Fish & Richardson P.C.
          601 Lexington Avenue, 52nd Floor
          New York, New York 10022-4611
          Tel: 212-765-5070
          Fax: 212-258-2291
          byd@fr.com

          Attorney for Defendant/Counterclaim Plaintiff Aereo, Inc.