AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WNET, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 12-CV-1543 (AJN) |
| Aereo, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aereo, Inc.

Date: 04/29/2013

*Attorney's signature*

Matthew Berntsen (MB8752)
*Printed name and bar number*

Fish & Richardson P.C.
One Marina Park Drive
Boston, MA  02210-1878

*Address*

berntsen@fr.com
*E-mail address*

(617) 368-2123
*Telephone number*

(617) 542-8906
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, that on April 29, 2013 a true and correct copy of the foregoing document was filed via electronic filing with the Clerk of Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system directly upon all counsel of record.:

*/s/ Matthew Berntsen*
Matthew Berntsen

23022445.doc