```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 17 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN BROADCASTING COMPANIES, INC. ET AL.,

            Plaintiffs,

   -v-

AEREO, INC.,

            Defendant,
------------------------------------------------------------X

WNET ET AL.,

            Plaintiffs,

   -v-

AEREO, INC.,

            Defendant,
------------------------------------------------------------X

12 Civ. 1540 (AJN)

ORDER

12 Civ. ~~1540~~ 1543

ALISON J. NATHAN, District Judge:

    On May 14, 2013, Defendant in the above-captioned case filed a motion for summary judgment. (Dkt. No. 195-199) As part of that motion, Defendant filed a Rule 56.1 Statement under seal. (Dkt. Nos. 197, 199) This document was filed in substantial noncompliance with Rule 4.1 of this Court's Individual Practices in Civil Cases, which discusses the proper procedure for requesting redactions and filing under seal.

    Defendant is hereby ORDERED to resubmit its Rule 56.1 Statement in compliance with Rule 4.1. If Defendant fails to properly submit its Rule 56.1 Statement by May 22, 2013, the Court will direct the Clerk of the Court to unseal the improperly filed document.

SO ORDERED:

Dated: May __17__, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1