UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AEREO, INC. f/k/a BAMBOOM LABS, INC.,<br><br>*Defendant.* | Case No. 12-civ-1543<br><br>[Consolidated with No. 12-civ-1540]<br><br>ECF Case |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Ethan A. Glickstein, hereby move the Court for an Order for admission to practice Pro Hac Vice as counsel for WNET, THIRTEEN, Fox Television Stations, Inc., Twentieth Century Fox Film Corporation, WPIX, Inc., Univision Television Group, Inc., The Univision Limited Partnership, and Public Broadcasting Service in the above captioned action.

I am in good standing of the bar of the State of California (No. 260571). *See* Certificate of Good Standing, attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court.