## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE, | ) ) ) ) ) ) ) ) ECF Case ) ) Case No. 12-civ-1543 ) |
| *Plaintiffs,* | ) [Related Case No. 12-civ-1540] ) |
| v. | ) ) |
| AEREO, INC. f/k/a BAMBOOM LABS, INC., | ) ) |
| *Defendant.* | ) ) ) |

### DECLARATION OF MARY MCGUIRE
### IN SUPPORT OF FOX'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
### RE DIRECT LIABILITY FOR WATCH NOW COPIES

## Declaration of Mary McGuire

I, Mary McGuire, declare as follows:

1.      I am Executive Director, Copyright Administration, for Twentieth Century Fox Film Corporation ("TCFFC"). Among other things, I oversee and manage the copyright registrations for television programming and other content owned by TCFFC. I have served in that capacity, or a similar capacity, for 16 years. I have personal knowledge of the facts set forth below and, if called and sworn as a witness at trial or at any other hearing before this Court, would competently testify thereto.

2.      TCFFC produces, owns, and distributes a wide variety of television programming and copyrighted works including, but not limited to, episodic dramas, comedies and other programs that are broadcast nationally on daytime and primetime television. Many of these programs are broadcast on the FOX network and others are licensed to and broadcast on third-party broadcast and/or cable networks such as ABC or Showtime.

3.      As a matter of practice, TCFFC registers every episode of every scripted television series that it owns with the United States Copyright Office in the manner required by federal statute and Copyright Office regulations. Each episode of a scripted TCFFC television series is registered as a separate work.

4.      Once TCFFC has a completed draft script for a particular episode, TCFFC registers the script with the Copyright Office. Depending on the particular television series, draft scripts are completed as early as one year before an episode is filmed or as late as several weeks before filming. TCFFC registers draft scripts as unpublished works.

2

5.      Once a television episode has been filmed, it goes into post-production where editing of the work takes place. This process may continue up until several days before the episode is televised to the public. Once the filming and editing of the episode is completed, the elements are provided to my office so that we can seek a copyright registration for the audio-visual work. Because television episodes that have been broadcast or otherwise televised are deemed by the Copyright Office to be "published" works, we are required to deposit an audio-visual copy of each episode with the Copyright Office along with application.

6.      On average, it takes approximately six weeks (sometimes more) to obtain a copyright registration for an audio-visual work such as a television episode. Therefore, for some of TCFFC's most recent television episodes, there is a period of time where only the script has been registered but not the audio-visual work itself.

7.      I understand that TCFFC is suing the defendant in this lawsuit for copyright infringement of various television series owned by TCFFC. TCFFC owns the copyrights to the following television programs, among others: *American Dad*, *Ben & Kate*, *Bob's Burgers*, *Bones*, *Family Guy*, *Glee*, *King of the Hill*, *New Girl*, *Raising Hope*, *The Cleveland Show*, *The Simpsons* and *Touch*. For each episode of these television programs, TCFFC has registered the copyrights in the draft scripts as well as the audio-visual works.

8.      A non-exhaustive episode list identifying representative samples of Fox's Copyrighted Programs and the relevant copyright registration numbers, along with copies of the registration certificates, are attached as **Exhibit A**. Most of the attached registration certificates are for the audio-visual works that were broadcast or televised. For the most recent episodes, the

script registration is attached because the registration for the audio-visual work is still being processed by the Copyright Office.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 16th day of May , 2013 at Los Angeles, California.

_Mary McGuire_
Mary McGuire

2196138.1

EXHIBIT A

### Illustrative Copyright Registrations

| No. | Program Title | Broadcast Date | Copyright Owner | Registration | Broadcast Station |
|-----|---------------|----------------|-----------------|--------------|-------------------|
| 1. | American Dad; "Old Stan in the Mountain" | 02/19/2012 | Twentieth Century Fox Film Corporation | PA 1-777-935 | FBC |
| 2. | Ben and Kate; "B-Squad" | 01/08/13 | Twentieth Century Fox Film Corporation | PA 1-836-343 | FBC |
| 3. | Bob's Burgers; "Lindapendent Woman" | 02/17/13 | Twentieth Century Fox Film Corporation | PAU 3-619-346 | FBC |
| 4. | Bones; "The Bump in the Road" | 04/09/12 | Twentieth Century Fox Film Corporation | PA 1-785-081 | FBC |
| 5. | Family Guy; "Livin on a Prayer" | 01/29/12 | Twentieth Century Fox Film Corporation | PA 1-773-264 | FBC |
| 6. | Glee; "Big Brother" | 04/10/12 | Twentieth Century Fox Film Corporation | PA 1-787-013 | FBC |
| 7. | King of the Hill; "You Gotta Believe (in Moderation)" | 01/29/06 | Twentieth Century Fox Film Corporation | PA 1-280-746 | FBC |
| 8. | Modern Family; "When a Tree Falls" | 11/28/12 | Twentieth Century Fox Film Corporation | PA 1-829-234 | ABC |
| 9. | New Girls; "Models" | 10/23/12 | Twentieth Century Fox Film Corporation | PA 1-821-962 | FBC |
| 10. | Raising Hope; "Mrs. Smartypants" | 01/17/12 | Twentieth Century Fox Film Corporation | PA 1-775-722 | FBC |

2198896.1

| No. | Program Title | Broadcast Date | Copyright Owner | Registration | Broadcast Station |
|-----|---------------|----------------|-----------------|--------------|-------------------|
| 11. | "The Cleveland Show"; "When a Man (or a Freight Train) Loves His Cookie" | 02/17/13 | Twentieth Century Fox Film Corporation | PAU 3-588-286 | FBC |
| 12. | The Simpsons; "Love is a Many-Splintered Thing" | 02/10/13 | Twentieth Century Fox Film Corporation | PAU 3-625-980 | FBC |
| 13. | Touch; "Pilot Episode" | 01/25/12 | Twentieth Century Fox Film Corporation | PA 1-775-713 | FBC |

2198896.1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-777-935**

**Effective date of registration:**

March 2, 2012

---

## Title

**Title of Work:** AMERICAN DAD Series - OLD STAN IN THE MOUNTAIN Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** February 19, 2012 **Nation of 1st Publication:** United States

## Author

**Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** Pending       2010

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** February 28, 2012

**Applicant's Tracking Number:** 6AJN14

---

Page 1 of 1

Registration #:  PA0001777935
Service Request #:  1-731240971



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-836-343

**Effective date of
registration:**

January 23, 2013

## Title

**Title of Work:** BEN AND KATE Series - B-SQUAD Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 8, 2013 **Nation of 1st Publication:** United States

## Author

■ **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** PAu 3-646-595   2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** January 16, 2013

**Applicant's Tracking Number:** 1AVE10

McGuire Decl. Ex. A
Page 9

**Registration #:**  PA0001836343
**Service Request #:**  1-878289922



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-619-346

**Effective date of registration:**

May 4, 2012

---

### Title

**Title of Work:** BOB'S BURGERS Series - LINDAPENDENT WOMAN Episode (TV - SCREENPLAY)

### Completion/Publication

**Year of Completion:** 2012

### Author

■ **Author:** Twentieth Century Fox Film Corporation

**Author Created:** text

**Work made for hire:** Yes

**Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

### Certification

**Name:** Mary McGuire

**Date:** May 1, 2012

**Applicant's Tracking Number:** 2ASA22

---

Page 1 of 1

**Registration #:**   PAU003619346
**Service Request #:**   1-760635383



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

McGuire Decl. Ex. A
Page 12

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-785-081

**Effective date of
registration:**

April 24, 2012

## Title ━━━━━━━━━━━━━━

**Title of Work:** BONES Series - THE BUMP IN THE ROAD Episode (TV - MOTION PICTURE)

## Completion/Publication ━━━━━━━━━━━━━━

**Year of Completion:** 2012

**Date of 1st Publication:** April 9, 2012          **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━

■   **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ━━━━━━━━━━━━━━

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim ━━━━━━━━━━━━━━

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** PAu 3-601-717   2011

**New material included in claim:** all other cinematographic material

## Certification ━━━━━━━━━━━━━━

**Name:** Mary McGuire

**Date:** April 17, 2012

**Applicant's Tracking Number:** 7AKY08

McGuire Decl. Ex. A
Page 13

**Registration #:**  PA0001785081

**Service Request #:**  1-754013837



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

**McGuire Decl. Ex. A**
**Page 14**

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-773-264**

**Effective date of
registration:**

February 7, 2012

---

## Title

**Title of Work:** FAMILY GUY Series - LIVIN' ON A PRAYER Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 29, 2012          **Nation of 1st Publication:** United States

## Author

• **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** PAu 3-521-409   2010

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** February 1, 2012

**Applicant's Tracking Number:** 9ACX09

Page 1 of 1

**Registration #:**  PA0001773264
**Service Request #:**  1-719067911



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-787-013

**Effective date of registration:**

April 24, 2012

---

## Title

**Title of Work:** GLEE Series - BIG BROTHER Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 10, 2012      **Nation of 1st Publication:** United States

## Author

■   **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** Pending        2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** April 17, 2012

**Applicant's Tracking Number:** 3ARC15

---

McGuire Decl. Ex. A
Page 17

**Registration #:** PA0001787013
**Service Request #:** 1-754082229



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



PA 1-280-746

PA                          PAU

EFFECTIVE DATE OF REGISTRATION

FEB 3 2006

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
KING OF THE HILL Series - YOU GOTTA BELIEVE (IN MODERATION) Episode

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions
TELEVISION MOTION PICTURE - (9ABE17)

---

## 2

**a**   **NAME OF AUTHOR ▼**
Twentieth Century Fox Film Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in   UNITED STATES

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006   Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 1   Day 29   Year 2006
UNITED STATES   Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Twentieth Century Fox Film Corporation
P.O. Box 900
Beverly Hills, CA 90213

**TRANSFER** If the claimant (s) named here in space 4 is (are) different from the author (s) named in space 2, give a brief statement of how the claimant (s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 0 3 2006
ONE DEPOSIT RECEIVED
FEB 0 3 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

McGuire Decl. Ex. A
Page 19

| EXAMINED BY | ~~Disc~~ | **FORM PA** |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ PAu2-881-462        **Year of Registration** ▼ 2004

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Television screenplay.

*See instructions before completing this space.*

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

All other cinematographic material.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**a**

Twentieth Century Fox Television        DA073032

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

**b**

Mary McGuire 2121/731
Fox Group Legal - P.O. Box 900
Beverly Hills, CA 90213

Area code and daytime telephone number **(310) 369-5159**        Fax number **(310) 369-2382**
Email **CR@Fox.com**

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right (s)
☒ authorized agent of    **Twentieth Century Fox Film Corporation**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary McGuire                                **Date** 01-Feb-2006

**Handwritten signature (X)** ▼    x *Mary McGuire*

**9**

Certificate will be mailed in window envelope to this address:

**Name** ▼ Fox Group Legal
Attn: Mary McGuire (Bldg. 2121, Room 731)
**Number/Street/Apt** ▼
P.O. Box 900
**City/State/ZIP** ▼
Beverly Hills, CA 90213

• Complete all necessary spaces
• Sign your application in space 8

1. Application Form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

McGuire Decl. Ex. A
Page 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-829-234

**Effective date of registration:**

January 11, 2013

---

## Title

**Title of Work:** MODERN FAMILY Series - WHEN A TREE FALLS Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 28, 2012       **Nation of 1st Publication:** United States

## Author

■       **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** Pending       2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** January 8, 2013

**Applicant's Tracking Number:** 4ARG09

---

McGuire Decl. Ex. A
Page 21

**Registration #:**   PA0001829234
**Service Request #:**   1-874504771



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-821-962

**Effective date of registration:**

November 13, 2012

---

## Title

**Title of Work:** NEW GIRL Series - MODELS Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 23, 2012          **Nation of 1st Publication:** United States

## Author

■ **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** Pending          2012

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** November 8, 2012

**Applicant's Tracking Number:** 2ATM05

---

McGuire Decl. Ex. A
Page 23

**Registration #:**  PA0001821962
**Service Request #:**  1-848893654



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-775-722

**Effective date of registration:**

February 7, 2012

---

## Title

**Title of Work:** RAISING HOPE Series - MRS. SMARTYPANTS Episode (TV - MOTION PICTURE)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 17, 2012     **Nation of 1st Publication:** United States

## Author

■     **Author:** Twentieth Century Fox Film Corporation

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**Previous registration and year:** PAu 3-588-307   2011

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Mary McGuire

**Date:** February 1, 2012

**Applicant's Tracking Number:** 2ARY13

---

Page 1 of 1

McGuire Decl. Ex. A
Page 25

**Registration #:**  PA0001775722

**Service Request #:**  1-719123002



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-588-286**

**Effective date of
registration:**

October 11, 2011

---

## Title

**Title of Work:** THE CLEVELAND SHOW Series - WHEN A MAN (OR A FREIGHT TRAIN)
LOVES HIS COOKIE Episode (TV - SCREENPLAY)

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Twentieth Century Fox Film Corporation

**Author Created:** text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Certification

**Name:** Mary McGuire

**Date:** October 4, 2011

**Applicant's Tracking Number:** 4APS05

---

McGuire Decl. Ex. A
Page 27

**Registration #:**  PAU003588286
**Service Request #:**  1-669207385



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

**McGuire Decl. Ex. A**
**Page 28**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-625-980

**Effective date of registration:**

July 3, 2012

---

## Title

**Title of Work:** THE SIMPSONS Series - LOVE IS A MANY-SPLINTERED THING Episode (TV - SCREENPLAY)

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Twentieth Century Fox Film Corporation

**Author Created:** text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Twentieth Century Fox Film Corporation

P.O. Box 900, Beverly Hills, CA, 90213, United States

## Certification

**Name:** Mary McGuire

**Date:** June 27, 2012

**Applicant's Tracking Number:** RABF07

---

McGuire Decl. Ex. A
Page 29

**Registration #:**  PAU003625980
**Service Request #:**  1-787092732



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-775-713**

**Effective date of registration:**

February 7, 2012

---

### Title

| | |
|---|---|
| **Title of Work:** | TOUCH Series - PILOT Episode (TV - MOTION PICTURE) |
| **Previous or Alternative Title:** | TOUCH Series - TALES OF THE RED THREAD Episode |

### Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2012 | | |
| **Date of 1st Publication:** | January 25, 2012 | **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| ■  **Author:** | Twentieth Century Fox Film Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation |
| | P.O. Box 900, Beverly Hills, CA, 90213, United States |

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay |
| **Previous registration and year:** | PAu 3-539-781   2011 |
| **New material included in claim:** | all other cinematographic material |

### Certification

| | |
|---|---|
| **Name:** | Mary McGuire |
| **Date:** | February 1, 2012 |
| **Applicant's Tracking Number:** | 1ATG79 |

---

Page 1 of 1

**Registration #:**  PA0001775713
**Service Request #:**  1-719183727



Fox Group Legal
Mary McGuire
P.O. Box 900
2121/2233
Beverly Hills, CA 90213