UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>AEREO, INC. f/k/a BAMBOOM LABS, INC.,<br><br>*Defendant*. | ECF Case<br><br>Case No. 12-civ-1543<br><br>[Related Case No. 12-civ-1540] |

## CERTIFICATE OF SERVICE

    I, Richard L. Stone, hereby certify that on June 6, 2013, I caused a true copy of the Fox's Memorandum of Points and Authorities in Support of Its Cross-Motion For Partial Summary Judgment Re Direct Liability for Watch Now Copies ("Fox's Motion"); Fox's Statement of Undisputed Facts in Support of Fox's Motion; and Exhibits B through E and G to the Declaration of David R. Singer in Support of Fox's Motion, to be served on all parties via email.

June 7, 2013            _____/s/_____
                                      Richard L. Stone

                                       Steven B. Fabrizio (SF-8639)
                                       JENNER & BLOCK LLP
                                       1099 New York Avenue, NW
                                       Suite 900
                                       Washington, DC  20001
                                       Telephone (202) 639-6040
                                       Facsimile (202) 6661-4823

Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie A. Shepard (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Telephone (213) 239-5100
Facsimile (213) 239-5199

*Attorneys for Plaintiffs*