UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                          )
WNET, THIRTEEN, FOX TELEVISION          )
STATIONS, INC., TWENTIETH CENTURY     )
FOX FILM CORPORATION, WPIX, INC.,        )
UNIVISION TELEVISION GROUP, INC., THE  )   ECF Case
UNIVISION NETWORK LIMITED                   )
PARTNERSHIP, and PUBLIC                        )
BROADCASTING SERVICE,                         )   Case No. 12-civ-1543
                                                          )
     *Plaintiffs*,                                        )   [Related Case No. 12-civ-1540]
                                                          )
                    v.                                    )
                                                          )
AEREO, INC. f/k/a BAMBOOM LABS, INC.,   )
                                                          )
     *Defendant*.                                      )
                                                          )
_____ )

## CERTIFICATE OF SERVICE

     I, Richard L. Stone, hereby certify that on June 6, 2013, I caused a true copy of the Fox's Memorandum of Points and Authorities in Support of Its Cross-Motion For Partial Summary Judgment Re Direct Liability for Watch Now Copies ("Fox's Motion"); Fox's Statement of Undisputed Facts in Support of Fox's Motion; and Exhibits B through E and G to the Declaration of David R. Singer in Support of Fox's Motion, to be served on all parties via email.


June 7, 2013                        _____/s/_____
                                         Richard L. Stone


                                         Steven B. Fabrizio (SF-8639)
                                         JENNER & BLOCK LLP
                                         1099 New York Avenue, NW
                                         Suite 900
                                         Washington, DC  20001
                                         Telephone (202) 639-6040
                                         Facsimile (202) 6661-4823

Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie A. Shepard (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Telephone (213) 239-5100
Facsimile (213) 239-5199

*Attorneys for Plaintiffs*