UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE, <br><br> *Plaintiffs*, <br><br> v. <br><br> AEREO, INC. f/k/a BAMBOOM LABS, INC., <br><br> *Defendant*. | ECF Case <br><br> Case No. 12-civ-1543 <br><br> [Related Case No. 12-civ-1540] |

## CERTIFICATE OF SERVICE

I, Richard L. Stone, hereby certify that on June 7, 2013, I caused a true copy of Fox's Opposition to Aereo's Motion for Summary Judgment; Fox's Response to Aereo's Statement of Undisputed Facts; Fox's Statement of Additional Material Facts; Declaration of Nigel Jones in Support of Fox's Opposition to Aereo's Motion for Summary Judgment; Declaration of Daniel Schaubert in Support of Fox's Opposition to Aereo's Motion for Summary Judgment; Declaration of Jaime Rodriguez in Support of Fox's Opposition to Aereo's Motion for Summary Judgment; Declaration of Andrea Downing in Support of Fox's Opposition to Aereo's Motion for Summary Judgment; Declaration of Kevin Murphy in Support of Fox's Opposition to Aereo's Motion for Summary Judgment; and Declaration of Julie A. Shepard in Support of Fox's Opposition to Aereo's Motion for Summary Judgment and Exhibits Thereto, to be served on all parties via email service.

June 7, 2013         _____/s/_____
                     Richard L. Stone

                                        Steven B. Fabrizio (SF-8639)

JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC  20001
Telephone (202) 639-6040
Facsimile (202) 6661-4823

Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie A. Shepard (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Telephone (213) 239-5100
Facsimile (213) 239-5199

*Attorneys for Plaintiffs*