UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE, <br><br> *Plaintiffs*, <br><br> v. <br><br> AEREO, INC. f/k/a BAMBOOM LABS, INC., <br><br> *Defendant*. | ECF Case <br><br> Case No. 12-civ-1543 <br><br> [Related Case No. 12-civ-1540] |

**DECLARATION OF DAVID SINGER
IN SUPPORT OF FOX'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
RE DIRECT LIABILITY FOR WATCH NOW COPIES**

I, David Singer, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a partner at the law firm of Jenner & Block LLP, attorneys of record for plaintiffs Fox Television Stations, Inc. and Twentieth Century Fox Film Corporation (collectively, "Fox"). I submit this declaration in support of Fox's Motion to For Partial Summary Judgment. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. On May 15, 2013, I visited Aereo's website at www.Aereo.com and took screenshots. Attached as **Exhibit A** are copies of screenshots from Aereo's website.

2198203.3

3. Attached as **Exhibit B** are copies of excerpts from Aereo's responses to the WNET Plaintiffs' Requests for Admission and Supplemental Requests for Admission.

4. Attached as **Exhibit C** is a copy of excerpts from Joseph Lipowski's April 9, 2013 deposition.

5. Attached hereto as **Exhibit D** is a copy of excerpts from Joseph Lipowski's April 22, 2012 deposition.

6. Attached hereto as **Exhibit E** is a copy of excerpts from Joseph Lipowski's May 18, 2012 declaration.

7. Attached hereto as **Exhibit F** is a copy of a screenshot from Aereo's website's that was authenticated by Aereo's counsel, David Hosp and attached as "Exhibit 16" to Mr. Hosp's declaration in support of Aereo's summary judgment motion. The screenshot is also available at http://support.aereo.com/customer/portal/articles/446000-what-happens-when-i-tune-to-a-live-program (last accessed on June 5, 2013).

8. Attached hereto as **Exhibit G** are (a) excerpts from the May 31, 2012 deposition of Paul Horowitz (Aereo's expert), and (b) excerpts from Mr. Horowitz's testimony at the April 24, 2012 preliminary injunction hearing in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of June, 2013 at Los Angeles, California.

_____
David R. Singer

2198203.3

REDACTED PUBLIC FILING

# Exhibit A

REDACTED PUBLIC FILING



Wednesday, May 15, 2013 10:34:46 AM

Singer Decl. Ex. A
Page 3

REDACTED PUBLIC FILING



## Available Channels

The following over-the-air broadcast channels are accessible with an Aereo remote antenna.

### Major Networks

| CBS | NBC | FOX | ABC | The CW | PBS |
|---|---|---|---|---|---|

### Syndicated Programs & Movies

| ION | MyNetworkTV | This TV | Antenna TV | Bounce TV | Cozi TV |
|---|---|---|---|---|---|

### Lifestyle & Local Interest

| ION Life | The Live Well Network | NYC Life | NYC Gov | | |
|---|---|---|---|---|---|

### Children's Programming

PBS Kids — Qubo

### Spanish Language

| Telemundo | Azteca America | Telefutura | Univision | MundoFox | Aliento Vision |
|---|---|---|---|---|---|

### Asian Languages

| WMBC-TV | Christian Global Network Television | SinoVision | New Tang Dynasty Television | | |
|---|---|---|---|---|---|

## Additional Channels

These additional channels are available at no extra charge to paid Aereo members.

Bloomberg TV



https://aereo.com/plans

Pre-register | Sign In

Aereo is coming soon to select markets

Aereo | Using Aereo | How it Works | Available Channels | Supported Devices | Compare Plans | Our Blog

# The Choice is Yours...

*If you live in New York, there's an Aereo plan that's right for you.*

| | Try for Free | Day Pass | Monthly8 | Monthly12 | Special Offer! Annual |
|---|---|---|---|---|---|
| | Just a little taste, as often as you like. | One day at a time, no commitment. | Yeah, it's a monthly bill. But it's a really tiny one. | Twice the space for just a few bucks more. | Pre-pay for a year and save big time |
| Access Live, Local TV | For one continuous hour a day. | For 24 hours from time of purchase. | As much as you want, as often as you like, from any supported device. | | |
| DVR Storage Space | Live Only* | 3 hours | 20 hours | 40 hours | 40 hours |
| Remote Antennas | Just One* | Two. So you can record two shows at once. Or watch one show while recording another.* | | | |
| Pause & Rewind | ✓ | ✓ | ✓ | ✓ | ✓ |
| Recurring Billing | | | ✓ | ✓ | ✓ |
| | Free<br>*No credit card required to sign up.* | $1/day+tax<br>*Plus 10 free days to watch whatever you've recorded.* | $8/month+tax<br>*And your second month is free.* | $12/month+tax<br>*And your second month is free.* | $80/year<br>*And get three extra months for free.*<br>*That's just 17¢ a day!* |
| | Sorry, Try For Free is not available at this time. | Sorry, we do not have any Day Passes available at this time. | Select | Select | Select |

*Plus, invite your friends to join and earn a free month for each friend who signs up, up to three months.*

Wednesday, May 15, 2013 11:01:16 AM

Singer Decl. Ex. A
Page 5



REDACTED PUBLIC FILING



Wednesday, May 15, 2013 5:30:10 PM

Singer Decl. Ex. A
Page 7

REDACTED PUBLIC FILING

https nyc.aereo.com
Aereo.
Featured
Guide
Back »
American Idol
WNYW 5 | Today at 5:00pm
Watch Now
Record
Tweet
Share
American Idol
Two Finalists Compete
The finalists perform for the judges
performs
Today from 5:00pm to 6:00pm on
Season 12, Episode 3
Watch
Record
Please note:
Copyright © 2013 Aereo, Inc. | Terms of Use | Privacy Policy | Credits
Support Center | Sign Out

Wednesday, May 15, 2013 5:14:56 PM

Singer Decl. Ex. A
Page 8

EXHIBIT B

FILED UNDER SEAL

REDACTED PUBLIC FILING

# EXHIBIT C

# FILED UNDER SEAL

EXHIBIT D

FILED UNDER SEAL

REDACTED PUBLIC FILING

EXHIBIT E

FILED UNDER SEAL

REDACTED PUBLIC FILING

# Exhibit F

REDACTED PUBLIC FILING

Aereo | Support Center



# FAQ:Support Center

Home › Watching › What happens when I tune to a ...

## What happens when I tune to a live program?

Last Updated: Feb 05, 2013 10:50AM EST

When you tune to a live program from the Guide, you instruct your assigned antenna housed at the Aereo data center to tune to the channel the show is on and pass the digital broadcast stream to your remote DVR. The DVR consists of several components that process the program stream and prepare it for you to stream it to your internet-connected device. Your DVR records the program as you watch it, giving you the ability to pause or rewind the live stream. When you record, you record three separate unique copies of the show, each in a different bit rate optimized for different streaming conditions. The lowest bit rate file is ideal for streaming over 3G connections. The medium rate file will work well over most Wifi connections. The highest rate file is intended for really fast broadband connections. While watching, you can choose the Video Quality on your device. If you select "auto" you will automatically choose the best bit rate for your current network conditions. When you are finished watching the show, your recorded files are removed from your DVR and do not count against your DVR storage space allotment.



- ▲ *I found this article helpful*
- ▼ *I did not find this article helpful*

Customer service software powered by Desk.com

## Contact Us

Email Us

Singer Decl. Ex. F
Page 38

http://support.aereo.com/customer/portal/articles/446000[5/14/2013 11:54:46 AM]

REDACTED PUBLIC FILING

EXHIBIT G

FILED UNDER SEAL

REDACTED PUBLIC FILING