UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC, | Civil Action No. 12-CV-1540 (AJN) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | |
| AEREO, INC., | |
| Defendant/Counterclaim Plaintiff. | |

---

| | |
|---|---|
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE, | Civil Action No. 12-CV-1543 (AJN) |
| Plaintiffs/Counterclaim Defendants, | |
| v. | |
| AEREO, INC., | |
| Defendant/Counterclaim Plaintiff. | |

---

**DEFENDANT AEREO, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In further support of its Motion for Summary Judgment (Dkt. 195) and its Opposition to Fox Plaintiffs' Motion for Partial Summary Judgment (Dkt. 221), Defendant Aereo, Inc. ("Aereo") respectfully submits the recent decision in *Fox Broadcasting Company, Inc. v. Dish Network LLC*, No. 12-57048 (9th Cir. July 24, 2013) (attached hereto as Exhibit A).  The *Dish Network* decision was rendered after the briefing in this case on the summary judgment motions was completed, and is relevant to these motions because:

(1)   It considers the question of the volition required for a finding of direct infringement and finds that the consumer, and not Dish, "is 'the most significant and important cause' of the copy" in factual circumstances where Dish's involvement in the copies being made exceeds the involvement in *Cartoon Network LP, LLLP v. CSC Holdings, Inc*, 536 F.3d 121 (2d Cir. 2008) ("*Cablevision*"), as well as any involvement of Aereo in this case.  *Dish Network,* slip op. at 12.

(2)   It reiterates that, under *Sony Corp. of America v. Universal City Studios, Inc.*, 464 U.S. 417 (1984), all four fair use factors favor a finding that a consumer's recording of programming broadcast over-the-air constitutes a fair use under 17 U.S.C. § 107. *Dish Network*, slip op. at 15-16.

For these reasons, Aereo asks this Court to consider this authority in connection with these motions.

Dated: July 25, 2013                    Respectfully submitted,


   */s/ R. David Hosp*
R. David Hosp (DH 3344)
Mark S. Puzella   (Admitted *pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210
Tel.: (617) 368-2125
Fax: (617) 542-8906
hosp@fr.com
puzella@fr.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
melkin@winston.com
tlane@winston.com

Jennifer A. Golinveaux (admitted pro hac vice)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com

*Attorneys for Defendant Aereo, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                         */s/ Kathryn Lugo*
                                             Kathryn Lugo