UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC.ET AL.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AEREO, INC.,<br><br>　　　Defendant. | Civil Action No.  12-Civ-1540 (AJN) (Consolidated) |
| WNET ET AL.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>AEREO, INC.<br><br>　　　Defendant. | Civil Action No. 12-Civ-1543 (AJN) (Consolidated) |

**JOINT MOTION FOR ENTRY OF**
**STIPULATION AND PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Defendant Aereo, Inc. ("Aereo") hereby submits this motion for entry of the Stipulation and Protective Order attached hereto as Exhibit A.

In support of this motion, the Parties state that a third party subpoena for the deposition of The Nielsen Company ("Nielsen") was served by Aereo on February 15, 2013 in this matter, and re-served on October 18, 2013.  The Parties agreed to extend the time for the deposition to be taken, so that Nielsen and the Parties could negotiate the terms of the taking of such a deposition, and potential limitations on the extent of the discovery.  Now, in anticipation of the upcoming deposition of third-party Nielsen in this matter, which is currently scheduled for December 10, 2013, the Parties and Nielsen have jointly agreed to the terms of a Stipulation and Protective Order to facilitate the discovery of information from third-party Nielsen while adequately protecting Nielsen's confidential material information and respecting the legal interests that Nielsen has asserted.

Accordingly, the Parties respectfully request that the Court grant the foregoing assented-to motion and enter the Stipulation and Protective Order attached hereto as Exhibit A.  Because Nielsen has requested that this Order enter prior to the taking of any testimony, the Parties request that the Court enter this Order as soon as possible, so that the deposition may proceed as currently scheduled on December 10, 2013.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 4, 2013 | FISH & RICHARDSON P.C. |

   */s/ R. David Hosp*
R. David Hosp  (RH 3344)
Mark S. Puzella (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
617.542.5070 (tel)
617.542.8906 (fax)
hosp@fr.com
puzella@fr.com

Seth Greenstein (admitted *pro hac vice*)
CONSTANTINE | CANNON, LLP
One Franklin Square
1301 K Street, NW, Suite 1050 East
Washington, DC 20005
202.204.3514 (tel)
202.204.3500 (fax)
sgreenstein@constantinecannon.com

Michael S. Elkin
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
212.294.6700 (tel)
212.294.4700 (fax)
melkin@winston.com
tlane@winston.com

Jennifer A. Golinveaux (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
415.591.1000 (tel)
jgolinveaux@winston.com

*Attorneys for Defendant Aereo, Inc.*

Dated: December 4, 2013               JENNER & BLOCK LLP

By:  /s/ Julie A. Shepard
Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie A. Shepard (*pro hac vice*)
JENNER & BLOCK LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Telephone (213) 239-5100
Facsimile (213) 239-5199
rstone@jenner.com
kklein@jenner.com
jshepard@jenner.com

*Attorneys for the WNET Plaintiffs*

Dated: December 4, 2013               DEBEVOISE & PLIMPTON LLP

By:  /s/ Michael R. Potenza
Jeffrey S. Jacobson
Bruce P. Keller
Matthew E. Fishbein
Michael R. Potenza
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone (212) 909-6000
Facsimile (212) 909-6836
jsjacobson@debevoise.com
bpkeller@debevoise.com
mefishbe@debevoise.com
mpotenza@debevoise.com

*Attorneys for the ABC Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and any attachments are being filed through the Court's electronic filing system on December 4, 2013, which serves counsel for all parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  I further certify that a copy of the foregoing document and any attachments was served on counsel for The Nielsen Company via electronic mail on December 4, 2013.

                                                                        */s/  R. David Hosp*
                                                                           R. David Hosp