UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COS., INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br>v.<br>AEREO, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1540 (AJN) (HBP) |
| WNET, THIRTEEN, FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION GROUP, INC., THE UNIVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE,<br><br>Plaintiffs/Counterclaim Defendants,<br>v.<br>AEREO, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 12-CV-1543 (AJN) (HBP) |

**AEREO, INC.'S REPORT REGARDING
COMPLIANCE WITH PRELIMINARY INJUNCTION**

I, Chaitanya Kanojia, declare as follows:

1. I am the founder and Chief Executive Officer of Aereo, Inc. ("Aereo"). I am responsible for the steps that Aereo has taken to comply with this Court's preliminary injunction order entered on October 23, 2014 (the "Preliminary Injunction"). See Dkt. No. 342.

2. Aereo disabled consumer access to its technology on June 28, 2014. Accordingly, since the injunction was entered by this Court, no consumer has been able to access or use the Aereo technology to stream, transmit, or otherwise publicly perform any Copyrighted Programming over the Internet while the Copyrighted Programming is still being broadcast.

3. Therefore, I believe that Aereo is in full compliance with the Preliminary Injunction.

I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 27, 2014

*Chaitanya Kanojia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                            /s/ R. David Hosp
                                                              R. David Hosp