

Fish & Richardson P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022

212 765 5070 main
212 258 2291 fax

November 13, 2014

**R. David Hosp**
Principal
hosp@fr.com
617 368 2125  direct

**Via ECF**

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *ABC, et al. v. Aereo, Inc.*, **Nos. 12-Civ-1540, 1543-AJN (S.D.N.Y.) (Consolidated)**

Dear Judge Nathan:

Defendant Aereo, Inc. writes to inform the Court that it inadvertently omitted a portion of its insert from yesterday's joint letter (Dkt. No. 349).  The parties are conferring on the issue, and Aereo intends to submit a corrected version of the letter this afternoon.

Very truly yours,

*/s/ R. David Hosp*

R. David Hosp
Principal


cc: All Counsel of Record (via ECF)

fr.com